IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDELL MOORE, <br>     Petitioner | No. 3:25-CV-1220 |
| | (Judge Munley) |
| v. | |
| WARDEN FRITH, <br>     Respondent | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Wendell Moore's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. To the extent that Moore seeks class certification under Rule 23 of the Federal Rules of Civil Procedure, that undeveloped request is **DENIED**.

3. The Clerk of Court is directed to CLOSE this case.

Date: 11/3/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court